# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MORGAN SMITH, )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>ZYNERBA PHARMACEUTICALS, INC., )<br>ARMANDO ANIDO, WARREN D. COOPER, )<br>JOHN P. BUTLER, WILLIAM J. FEDERICI, )<br>DANIEL L. KISNER, KENNETH I. MOCH, )<br>and PAMELA STEPHENSON, )<br> )<br>    Defendants. )<br> )<br> )<br> ) | Case No. 1:23-cv-00947-MN<br><br>JURY TRIAL DEMANDED |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated:  October 16, 2023    **LONG LAW, LLC**

            By: */s/ Brian D. Long*
               Brian D. Long (#4347)
               3828 Kennett Pike, Suite 208
               Wilmington, DE 19807
               Telephone: (302) 729-9100
               Email: BDLong@longlawde.com

               *Attorneys for Plaintiff*